IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA                                      PLAINTIFF

VS.                                                          CAUSE NO. 04-10013

JEREMY NEAL WHITLEY                                           DEFENDANT

## ORDER OF CONTINUANCE

This cause comes before the Court on the defendant's motion seeking a continuance of

the sentencing date in the above-styled cause which is currently set for April 21, 2005.  Counsel

for the Government does not oppose this motion.

The Court finds that the defendant's motion is well taken and should be granted.  The

Court further finds that the ends of justice will be served by the granting of such continuance.

IT IS THEREFORE ORDERED that the Defendant's sentencing date is hereby continued

until _May 6, 2005, at 9:15 a.m._

This the _20th_ day of April, 2005.

_James D. Todd_
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _4/25/05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 1:04-CR-10013 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

Stephen Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT